IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RONNIE LEE McDANIEL<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF UTAH, SECRET SERVICE OF UTAH, FEDERAL BUREAU OF INVESTIGATION, SALT LAKE CITY PUBLIC LIBRARY<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:07-CV-972 TS |

This matter comes before the Court for consideration of the Magistrate Judge's March 13, 2008, Report and Recommendation.[1] Pursuant to 28 U.S.C. § 636(b), Plaintiff had ten days to file an objection. No objection was filed.

Plaintiff filed a complaint on December 14, 2007, and his motion to proceed *in forma pauperis* was granted the same day. This case was referred to Magistrate Judge Samuel Alba, pursuant to 28 U.S.C. § 636(b)(1)(B).

The Court has considered Plaintiff's Complaint and Magistrate Judge Alba's Report and Recommendation. It is therefore

---

[1] Docket No. 6.

1

ORDERED that the Magistrate Judge's March 13, 2008 Report and Recommendation is ADOPTED IN FULL and Plaintiff's Complaint is dismissed. The Clerk of the Court is directed to close this case forthwith.

DATED   April 1, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge